FILED
09 DEC 17 AM 10:03

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

David M. Robinson - # 175913

_____/

Case No: C 09 80342M

**ORDER TO SHOW CAUSE**

It appearing that David M. Robinson has been enrolled as an inactive member of the State Bar of California pursuant to Section 6007 of the Business and Professions Code and that he may not practice law while so enrolled effective October 11, 2009,

**IT IS SO ORDERED**

That respondent show cause in writing on or before February 5, 2010 as to why he should not be so enrolled before this Court, pending further notice from the State Bar of California.

Dated:

VAUGHN R WALKER
United States District Chief Judge

Mailing Address:
David M. Robinson
Attorney at Law
501 Santa Monica Blvd., Suite 700
Santa Monica, CA 90401