IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:

David M Robinson,

    State Bar No 175913

No CV 09 80342 MISC VRW

ORDER

    On December 17, 2009, the court issued an order to show cause (OSC) why David M Robinson should not be removed from the roll of attorneys authorized to practice law before this court, based upon his inactive enrollment by the State Bar of California pursuant to Section 6007 of the Business and Professions Code. The State Bar web site now indicates that Mr Robinson has tendered his resignation with charges pending effective January 19, 2010.

    The OSC was mailed to Mr Robinson's address of record with the State Bar on December 22, 2009. A written response was due on or before February 5, 2010. No response to the OSC has been filed as of this date.

    The court now orders David M Robinson removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

    IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

DAVID M. ROBINSON,

State Bar No. 175913

_____/

Case Number: CV09-80342 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 8, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David M. Robinson
501 Santa Monica Boulevard
Suite 700
Santa Monica, CA 90401

Dated: March 8, 2010

Richard W. Wieking, Clerk

By: Frank Justiliano, Deputy Clerk